# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00141-CV

### In re Jonathan Thompson, P.E, and Atlas Design Services, PLLC.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift our stay of the trial court's March 8, 2022 contempt order.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: April 29, 2022